**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis Merrimon WATERS,**
**Defendant–Appellant.**

No. 09–7548.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 21, 2010.

Dennis Merrimon Waters, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Merrimon Waters appeals the district court's orders denying a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Waters,* No. 1:01–cr–00048–LHT–10 (W.D.N.C. July 29, 2009; 2009 WL 2766988, Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*